ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

***

| | |
|---|---|
| GONZALO RICO-PEREZ and CAROLINA RICO, as the appointed special administrators of the estate of GONZOLO RICO; GONZOLO RICO-PEREZ; and CAROLINA RICO,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF NORTH LAS VEGAS; RAMIN NASSIRI; CHRISTOPHER COLWELL; and DOES I-10, inclusive,<br><br>Defendants. | CASE NO. 2:19-cv-553-JAD-NJK<br><br>**DEFENDANTS' STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE A RESPONSE TO PLAINTIFFS' COMPLAINT** |

COME NOW, the parties, by and through their undersigned counsel of record and hereby stipulate and agree that the time for City of North Las Vegas, Ramen Nassiri and Christopher Colwell to file their response to Plaintiffs' Complaint, said response being due on April 22, 2019 be extended until May 22, 2019.

### Reason for Extension

Because of the complexity of the claims made in Plaintiffs' Complaint, Defendants require additional time to perform an investigation prior to filing a responsive pleading. This stipulation is made in good faith and not for the purpose of delay.

…

…

…

4831-9406-2740.1

This is the first extension of time requested by counsel for filing Defendants response to Plaintiffs' Complaint.

| Dated this 15th day of April, 2019. | Dated this 15th day of April, 2019. |
|---|---|
| LEWIS BRISBOIS BISGAARD & SMITH LLP | LAW OFFICES OF PETER GOLDSTEIN |
| */s/ Robert W. Freeman*<br>Robert W. Freeman, Esq.<br>Nevada Bar No. 3062<br>Noel E. Eidsmore, Esq.<br>Nevada Bar No. 7688<br>6385 S. Rainbow Blvd., Suite 600<br>Las Vegas, Nevada 89118<br>*Attorney for Defendants* | */s/ Peter Goldstein*<br>Peter Goldstein, Esq.<br>Nevada Bar No. 6992<br>10795 West Twain Avenue, Suite 110<br>Las Vegas, Nevada 89135<br>*Attorneys for Plaintiff* |

**ORDER**

IT IS SO ORDERED.

Dated this 15 day of April, 2019.

_____
UNITED STATES MAGISTRATE JUDGE