# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

GONZALO RICO-PEREZ, et al.,

    Plaintiff(s),

v.

CITY OF NORTH LAS VEGAS, et al.,

    Defendant(s).

Case No.: 2:19-cv-00553-JAD-NJK

**ORDER**

(Docket No. 31)

Pending before the Court is the parties' stipulation to stay discovery and current pre-trial deadlines pending the outcome of a private mediation between the parties on March 30, 2020. Docket No. 31. The parties seek to stay the discovery cutoff and the deadlines for dispositive motions and the joint pretrial order. *Id.* at 1; *see also* Docket No. 29 (noting the remaining discovery deadlines).

The Court **GRANTS** the parties' stipulation as to the deadlines for dispositive motions and the joint proposed pretrial order and **DENIES** the parties' stipulation as to staying the discovery cutoff, which is only two weeks away. Docket No. 31. Within 14 days of the completion of the mediation, the parties must file a notice with the Court regarding the outcome of the mediation and, if necessary, proposed new deadlines for dispositive motions and the joint proposed pretrial order.

IT IS SO ORDERED.

Dated: January 31, 2020

                                                Nancy J. Koppe
                                                United States Magistrate Judge